1 | DEBORAH S. TROPP, ESQ. (SBN 162613)
CHRISTINA N. MEISSNER, ESQ. (SBN 278714)

2 | McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620

3 | Irvine, California  92614
Ph:  (949) 259-2890;

4 | Fax:  (949) 259-2891
dtropp@mtbattorneys.com

5 | cmeissner@mtbattorneys.com

6 |

7 | Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington

8 | Corporation

9 |

10 |

11 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

12 |

13 |

14 | CHARLOTTE KIRIHARA,          CASE NO. 2:19-cv-00611

15 |                    Plaintiff,

16 |                                  **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

17 |      vs.

18 | COSTCO WHOLESALE
CORPORATION, a Washington

19 | Corporation; and DOES 1-50, Inclusive,

20 |

21 |                    Defendants.

22 | **TO THE CLERK OF THE ABOVE ENTITLED COURT, PLAINTIFF,**

23 | **CHARLOTTE KIRIHARA, AND TO HER COUNSEL OF RECORD:**

24 |      **NOTICE IS HEREBY GIVEN** that Defendant, COSTCO WHOLESALE

25 | CORPORATION, a Washington Corporation ("Defendant"), hereby removes this

26 | action from the Superior Court of the State of California, County of Los Angeles,

27 | Central District, to the United States District Court, Central District of California and

28 | sets forth in support of its Notice of Removal of Action the following:

---

1

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

1.    On September 12, 2018, Plaintiff, CHARLOTTE KIRIHARA ("Plaintiff"), commenced an action against Defendant by filing a Summons and Complaint in the Superior Court of California, County of Los Angeles, Central District, Case No. BC721682.  (Copies of Plaintiff's Summons, Complaint, Civil Case Cover Sheet and Notice of Civil Case Assignment are attached as Exhibit A to the Declaration of Christina N. Meissner.)

2.    This action was served improperly on Defendant by substitute service on October 9, 2018, without attempting personal service, however Defendant did not receive notice of this lawsuit until December 28, 2018 when Plaintiff's attorney called and advised Costco's administrator, Gallagher Bassett, of the complaint and emailed a copy of same.  (Declaration of Christina N. Meissner at ¶ 4.)  Thus, Defendant first received notice of this action on December 28, 2018, a date less than 30 days before the date this notice of removal is filed.  (A Copy of the proof of service is attached to the Declaration of Christina N. Meissner as Exhibit B; emails confirming receipt of Complaint on December 28, 2018 are attached hereto as Exhibit C.)  Defendant has not otherwise been served with any other process, pleadings, or orders, other than those attached as Exhibits A and B.

3.    Defendant has filed this Notice pursuant to 28 U.S.C. § 1446(b) in a timely fashion, in that this Notice has been filed within one year of the commencement of the action and within 30 days of service of the summons and complaint. See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc. 526 U.S. 344 (1999).

## Complete Diversity Exists

4.    This action wholly involves citizens of different states. At the time this action was commenced, and since that time, Plaintiff was and is a resident and citizen of the State of California, with her domicile in the State of California.  (See Exhibit A at ¶ 2, Meissner Dec. at ¶ 5.)

5.    Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

1   principal place of business." Defendant was, at the time of the filing of this action, and

2   still is, a citizen of the State of Washington, where it has its principal place of business

3   and where it is incorporated. (See Exhibit D to Meissner Decl.; Meissner Decl. ¶ 6.)

4          6.      Pursuant to 28 U.S.C. §1441(a), the fictitious defendants named in the

5   complaint are disregarded for purposes of determining the existence of diversity

6   citizenship.

7                    **The Amount in Controversy Requirement is Satisfied**

8          7.      Plaintiff filed an unlimited civil complaint seeking monetary damages in

9   excess of $25,000.00. In the complaint, and as a result of the slip and fall incident,

10  Plaintiff claims to have suffered (1) special damages and (2) general damages. (See

11  Complaint at p. 3.) Plaintiff prays for compensatory damages according to proof at

12  trial

13         8.      Per a demand letter sent to Defendant on March 30, 2018, as of March 30,

14  2018, Plaintiff incurred $71,517.00 in damages for past medical treatment she allegedly

15  received as a result of this incident. As for future medical care, Plaintiff's demand

16  claimed she would need physical therapy, chiropractic care, medication, injections and

17  orthopedic visits totaling $50,000.00 over the next five years. Finally, Plaintiff's

18  demand letter noted that she would be claiming $100,000.00 in general damages if the

19  case proceeds to trial. In sum, Plaintiff's demand letter notes she will be claiming

20  $221,517.00 in damages at trial of this matter. (Meissner Declaration at ¶ 8.)

21         9.      Thus, based on the facts provided above, the amount in controversy,

22  exclusive of interest and costs, is in the excess of $75,000.00. This Court therefore has

23  original jurisdiction of this action under 28 U.S.C. § 1332 and, because Defendant is

24  not a citizen or resident of the State of California, wherein this action is pending,

25  removal of the action to this court is proper under 28 U.S. Code § 1441(a).

26                      **The Other Requirements for Removal Are Met**

27         10.     A copy of the Notice to Adverse Parties of Removal of the Case to Federal

28  Court, which is attached to this Notice, will be filed with the Superior Court of

---

3

1   California, County of Los Angeles, Central District and served on all involved parties

2   to this action. (A true and correct copy of the Notice to Adverse Parties of Removal of

3   Case to Federal Court is attached to the Declaration of Christina N. Meissner as Exhibit

4   E.)

5        11.   Removal to this Court is proper as the Superior Court of the State of

6   California, County of Los Angeles, where this action was originally filed, is located

7   within this district.

8        12.   Plaintiff has been served with this Notice of Removal, and the additional

9   supporting pleadings.

10        WHEREFORE, Defendant, COSTCO WHOLESALE CORPORATION, prays

11   that this action be removed to this Court.

12   Dated:  January 25, 2019        McNEIL TROPP & BRAUN LLP

13

14                          By:  */s/ Christina N. Meissner*

15                             Deborah S. Tropp, Esq.
                          Christina N. Meissner, Esq.

16                             Attorneys for Defendant,
                          COSTCO WHOLESALE

17                             CORPORATION

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:19-cv-00611            **DEFENDANT'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**